NUMBERS 13-02-335-CR AND 13-02-336-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


JEFFREY RAYMOND KEIRN, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________________


On appeal from the 105th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



Appellant, JEFFREY RAYMOND KEIRN, attempted to perfect appeals from orders entered by the 105th District
Court of Nueces County, Texas, in cause numbers 01-CR-3853-D and 01-CR-3854-D. The clerk's records were
received on June 3, 2002. 

Upon review of the clerk's records, the orders from which these appeals are taken did not appear to be included in
the records. Notices of these defects were given so that steps could be taken to correct the defects, if it could be
done. Appellant was advised that, if the defects were not corrected within ten days from the date of receipt of
this notice, the appeals would be dismissed for want of jurisdiction. Appellant has failed to correct the defects.

The Court, having considered the documents on file and appellant's failure to correct the defects, is of the opinion
that the appeals should be dismissed for want of jurisdiction. The appeals are hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 3rd day of October, 2002.